# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MARTIN CHILOBE,<br>*Plaintiff*<br><br>v.<br><br>STATE FARM LLOYDS,<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No. 1:23-cv-01229-DAE<br>§<br>§ |

## ORDER

Before the Court is Defendant's Motion to Exclude or Limit the Testimony of Micah Harrison, filed October 7, 2024 (Dkt. 15).[1] Defendant asks the Court to exclude Plaintiff's expert from testifying or limit his testimony to opinions on cost of repairs under Federal Rule of Evidence 702.

Under Local Rule CV-7(d)(2), Plaintiff's response was due not later than 14 days after the motion was filed. If no response is timely filed, the court may grant a motion as unopposed. *Id.* Plaintiff did not respond to Defendant's Motion, filed seven weeks ago. The Court therefore **GRANTS** as unopposed Defendant's Motion to Exclude or Limit the Testimony of Micah Harrison (Dkt. 15) pursuant to Local Rule CV-7(d)(2) and **ORDERS** that the testimony of Micah Harrison is limited to opinions on cost of repairs only.

It is further **ORDERED** that this case be removed from this Magistrate Judge's docket and returned to the docket of the Honorable David A. Ezra.

**SIGNED** on November 25, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] By Text Order entered November 20, 2024, the District Court referred the motion to this Magistrate Judge for resolution, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules").