AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| MARTIN CHILOBE | ) |
|---|---|
|  | ) |
|  | ) Civil Action No. 1:23-CV-01229-DAE |
| STATE FARM LLODS | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David A. Ezra   on a motion for summary judgment.

_____ .

Date:   9/17/2025

**Philip J. Devlin**
*CLERK OF COURT*

*Christina Cordero* (signature)
*Signature of Clerk or Deputy Clerk*